UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

STANFORD HOSPITAL AND CLINIC,
    Plaintiff,

v.

GLOBAL EXCEL MANAGEMENT, INC., et al.,
    Defendants.
_____/

No. C 12-6436 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 7, 2013
Mediator:  Steven Saltiel

    IT IS HEREBY ORDERED that the request to excuse defendant Global Excel Management's corporate representative, Paul Reed, from appearing in person at the November 7, 2013 mediation before Steven Saltiel is DENIED. Mr. Reed shall attend the session in person.

    IT IS SO ORDERED.

October 9, 2013      By: _____
Dated                                     Maria-Elena James
                                              United States Magistrate Judge